PROB 12B
(7/93)

# United States District Court

### for the

### Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Anthony D. Garitone | Case Number: 2:13CR00096-RHW-10 |
| Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge | |
| Date of Original Sentence: March 17, 2014 | Type of Supervision: Supervised Release |
| Original Offense: Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349; Aggravated Identity Theft, 18 U.S.C. § 1028A(a)(1) | Date Supervision to Commence: October 10, 2014 |
| Original Sentence: Prison - 17 months            TSR - 36 months | Date Supervision to Expire: October 9, 2017 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

21  You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

22  You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement absent further order of the Court. You shall allow reciprocal release of information between the supervising officer and treatment provider. You shall contribute to the cost of treatment according to your ability to pay.

## CAUSE

Recent contact with Mr. Garitone suggests that the above-mentioned modifications are appropriate. In an attempt to provide federal funding, if necessary, it is requested that the Court modify the conditions of supervision to include the aforementioned conditions.

Anthony Garitone was asked whether he would waive his right to a hearing and agree to the modifications as previously described. As indicated by the enclosed waiver of hearing to modify conditions of supervised release form, Mr. Garitone has agreed to the proposed modifications.

It is anticipated that Mr. Garitone will secure adequate housing and employment while residing at the RRC. If the Court concurs with the request for modification, it is requested he be allowed to release from the RRC when legitimate housing has been secured and approved by the undersigned officer.

Prob 12B
**Re: Garitone, Anthony D.**
**August 20, 2014**
**Page 2**

It is respectfully recommended that the attached waiver of hearing to modify conditions of supervised release be adopted requiring Anthony Garitone to reside at the RRC for a period of up to 180 days, and to participate in mental health treatment at the direction of the U.S. Probation Office.

|  |  |
|---|---|
|  | Respectfully submitted, |
| by | s/Tommy Rosser |
|  | Tommy Rosser<br>U.S. Probation Officer<br>Date: August 20, 2014 |

THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

_____August 21, 2014_____
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

21  You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

22  You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement absent further order of the Court. You shall allow reciprocal release of information between the supervising officer and treatment provider. You shall contribute to the cost of treatment according to your ability to pay.

Witness: _____  Signed: _____
         Case Manager                       Anthony D. Garitone
                                            Probationer or Supervised Releasee

7/15/14
Date